_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 24, 2025

Brian W. Boschee, Esq.
Nevada Bar No. 7612
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Emails: bboschee@howardandhoward.com
shr@h2law.com

*Attorneys for Continue Media, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>SCHRAMM, JAMES PAUL,<br>SCHRAMM, RENELYN GUILLERMO,<br><br>Debtors. | Case No.: 19-17165-ABL<br>Chapter 7 |
| CONTINUE MEDIA, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br>v.<br><br>JAMES PAUL SCHRAMM AND RENELYN GUILLERMO SCHRAMM,<br><br>Defendants. | Adv. Case No.: 20-01022-ABL<br><br>**ORDER GRANTING EX-PARTE APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF DEFENDANTS/JUDGMENT DEBTORS JAMES PAUL SCHRAMM AND RENELYN GUILLERMO SCHRAMM**<br><br>Judge: Hon. August B. Landis |

Upon the Ex-Parte Application for Examination of Judgment Debtors filed by Plaintiff/Judgment Creditor Continue Media, LLC ("Creditor"), and the Court having reviewed the paper and pleadings on file herein, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants/Judgment Debtors, James Paul Schramm and Renelyn Guillermo Schramm ("Debtors"), shall appear before a Notary Public or some other officer authorized to administer oaths, at the law offices of Howard & Howard Attorneys PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169, on December 15, 2025, at the hour of 10:00 a.m., or at such other time as mutually agreed to by the parties, the ("*Examination*"), to conduct a discovery examination concerning Debtors assets and property.

**IT IS FURTHER ORDERED** that Debtors shall deliver to Creditor's counsel, no later than December 8, 2025, the following documents either as originals or copies:

1. Income tax returns for calendar years ending 2023 through present:

2. Documents in any way evidencing title or ownership interest in any real or personal property or business;

3. Statements for the last twelve (12) months for all accounts at banks or other financial institutions or brokerage firms in which Debtors have any ownership interest;

4. Insurance policies on which Debtors is an owner or beneficiary;

5. Debtors' financial statements for calendar years 2023 through present;

6. Certificates or other indicia of ownership representing ownership in stocks, bonds, debentures, or other equity instruments in which Debtors have an ownership interest;

7. Passbooks or statements for savings accounts in which Debtors have an ownership interest;

8. Documents representing promissory notes, accounts receivable, or other obligations for which Debtors are the payee or assignee;

9. Certificates of deposit in which Debtors have an ownership interest;

10. All documents relating in any way to any transfers to, from or by Debtors during the years 2023 up through the date of the subject examination of any real or personal property of

4927-8684-6331, v. 1

- 3 -

any nature (including, without limitation, real property, securities, bank accounts, securities accounts and personal property with a value in excess of $1,000.00);

11. Copies of all trust agreements under which Debtors are a trustor, grantor, trustee or beneficiary;

12. Lists of all artworks, jewelry, antiques, furniture, collectibles or other things of value with a value in excess of $1,000; and

13. Copies of all lease agreements held by Debtors in which Debtors receive any payments.

14. Copies of all payments received, invoices for services for the past six months.

15. Copies of any titles to vehicles belonging to Debtors.

16. Copies of any judgments in which Debtors are a creditor.

**IT IS SO ORDERED.**

Respectfully submitted by:

Howard & Howard Attorneys PLLC

/s/ Stacy H. Rubin
Brian W. Boschee, Esq. (NBN 7612)
Stacy H. Rubin, Esq. (NBN 9298)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
E-mail:  bboschee@howardandhoward.com
            shr@h2law.com

*Counsel for Continue Media, LLC*

###

- 3 -

4927-8684-6331, v. 1