Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee of Judgment Creditor, Pro Se

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: JAMES PAUL SCHRAMM and RENELYN GUILLERMO SCHRAMM, <br><br> Debtors. | Case No. BK-S-19-17165-ABL <br><br> Chapter 7 |
| <br> CONTINUE MEDIA, LLC, <br><br> Plaintiff <br><br> vs. <br><br> JAMES PAUL SCHRAMM and RENELYN GUILLERMO SCHRAMM, <br><br> Defendants. | Adv. Case No. 20-ap-01022-ABL <br><br> **WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:**

On August 20, 2020, a Judgment was entered in the docket of the above-entitled adversary proceeding in favor of Continue Media, LLC, as Judgment Creditor, now assigned to Russell J. Singer, and against James Paul Schramm and Renelyn Guillermo Schramm, as Judgment Debtors, for:

$1,048,421.00   Compensatory Damages

$  50,713.50   Attorneys' Fees

$   2,680.78   Costs

Interest: As stated in the Affidavit filed herewith

$      0.00   Other costs

$1,101,815.28   JUDGMENT AS ENTERED

WHEREAS, according to an Affidavit and Request for Issuance of Writ of Execution filed herein, post-judgment interest accrues at the contractual rate of 18 % per annum on the principal of $1,048,421.00, in the amount of $517.03 per day from August 20, 2020, continuing until paid in full. No payments have been received; credit for payments/satisfaction: $0.00.

Accured Interest $1,122,581.76

Credit must be given for payments and partial satisfaction in the amount of $0.00, which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of $ 2,224,397.04_____ ACTUALLY DUE on the date of issuance of this Writ (to be completed by the Clerk), plus $543.36 per day
The judgment debtors are jointly and severally liable.
accruing thereafter.
Notice by mail of any sale under the writ of execution:  [ ] Has

[X] Has Not been requested.

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said Judgment Debtors, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hourly wage prescribed by

section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. ß 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this Writ, and if sufficient personal property cannot be found, then out of real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such Judgment Debtors, and make return of this Writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

]



By _____
Deputy Clerk

Digitally signed by Kelly Hannan
Date: 2026.04.24 08:50:22 -07'00'

Deputy Clerk