United States Bankruptcy Court

District of Nevada

CONTINUE MEDIA, LLC,

    Plaintiff

Adv. Proc. No. 20-01022-abl

SCHRAMM,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 24, 2026 | Form ID: pdf928 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: russellsinger@gmail.com | Apr 25 2026 01:57:00 | RUSSELL J. SINGER, PO BOX 485, LAGUNA BEACH, CA 92652-0485 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BENJAMIN B. CHILDS, SR. | on behalf of Creditor BENJAMIN B CHILDS ben@benchilds.com sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| BRIAN E HOLTHUS | on behalf of Plaintiff CONTINUE MEDIA  LLC beh@juwlaw.com, bankruptcy@juwlaw.com;mw@juwlaw.com |
| LINDSI M. WEBER | on behalf of Plaintiff CONTINUE MEDIA  LLC lindsi.weber@gknet.com |
| NILE LEATHAM | on behalf of Plaintiff CONTINUE MEDIA  LLC nleatham@nevadafirm.com, nleatham@ecf.courtdrive.com;agandara@nevadafirm.com;apestonit@nevadafirm.com;mlangsner@nevadafirm.com;mvanheuvelen@nevadafirm.com;oswibies@nevadafirm.com |

District/off: 0978-2

User: admin

Page 2 of 2

Date Rcvd: Apr 24, 2026

Form ID: pdf928

Total Noticed: 1

STACY H RUBIN

on behalf of Plaintiff CONTINUE MEDIA  LLC rubins@ballardspahr.com,
DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

TODD A. BURGESS

on behalf of Plaintiff CONTINUE MEDIA  LLC todd.burgess@gknet.com, rachel.milazzo@gknet.com

TOTAL: 6

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee of Judgment Creditor, Pro Se

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: JAMES PAUL SCHRAMM and RENELYN GUILLERMO SCHRAMM, Debtors. | Case No. BK-S-19-17165-ABL<br>Chapter 7 |
|---|---|
| CONTINUE MEDIA, LLC,<br>    Plaintiff<br>vs.<br>JAMES PAUL SCHRAMM and RENELYN GUILLERMO SCHRAMM,<br>    Defendants. | Adv. Case No. 20-ap-01022-ABL<br>**WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:**

On August 20, 2020, a Judgment was entered in the docket of the above-entitled adversary proceeding in favor of Continue Media, LLC, as Judgment Creditor, now assigned to Russell J. Singer, and against James Paul Schramm and Renelyn Guillermo Schramm, as Judgment Debtors, for:

$1,048,421.00   Compensatory Damages

$   50,713.50   Attorneys' Fees

$   2,680.78   Costs

Interest: As stated in the Affidavit filed herewith

$      0.00   Other costs

$1,101,815.28   JUDGMENT AS ENTERED

WHEREAS, according to an Affidavit and Request for Issuance of Writ of Execution filed herein, post-judgment interest accrues at the contractual rate of 18 % per annum on the principal of $1,048,421.00, in the amount of $517.03 per day from August 20, 2020, continuing until paid in full. No payments have been received; credit for payments/satisfaction: $0.00.

Accured Interest $1,122,581.76

Credit must be given for payments and partial satisfaction in the amount of $0.00, which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of $ 2,224,397.04_____ ACTUALLY DUE on the date of issuance of this Writ (to be completed by the Clerk), plus $543.36 per day
The judgment debtors are jointly and severally liable.
accruing thereafter.

Notice by mail of any sale under the writ of execution:  [ ] Has

[X] Has Not been requested.

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said Judgment Debtors, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hourly wage prescribed by

section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. ß 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this Writ, and if sufficient personal property cannot be found, then out of real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such Judgment Debtors, and make return of this Writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

]



By_____

Deputy Clerk

Digitally signed by Kelly Hannan
Date: 2026.04.24 08:50:22 -07'00'

Deputy Clerk